UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 20-01974 |
| | ) | |
| TIFFANY M. PERKINS, | ) | Chapter: 13 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER ALLOWING DEBTOR TO INCUR DEBT AND SHORTEN NOTICE

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises, and due notice having been given to the parties entitled thereto:

It is hereby ORDERED:

1) The Debtor is granted leave to have this motion heard on shortened notice.

2) The Debtor is granted leave to obtain financing for a vehicle in the amount of up to $19,225.00, with financing of up to 19.95% interest and with monthly payments of up to $460.00 for a 2017 GMC Terrain or similar vehicle.

Enter:  *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: August 13, 2020

**Prepared by:**

Jeffrey A. Soufal, ARDC# 6227155
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100