**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In Re:** | ) | 20-01974 |
| | ) | |
| **TIFFANY M. PERKINS,** | ) | Chapter 13 |
| | ) | |
| **Debtor.** | ) | Hon. Judge Donald R. Cassling |

<u>NOTICE OF MOTION</u>

TO: See attached list

     PLEASE TAKE NOTICE that on <u>October 19, 2023</u>, at <u>9:30 a.m.</u>, I will appear before the Honorable <u>Donald R. Cassling</u> or any judge sitting in that judge's place, **either** in courtroom 619 of the Dirksen Federal Building, **or** electronically as described below, and present the Motion of Debtor, Tiffany M. Perkins, to Incur Debt, a copy of which is attached.

     **Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

     **To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

     **To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

     **Meeting ID and password.** The meeting ID for this hearing is **161 414 7941** – the password is **619**. The meeting ID and further information can be found on Judge Cassling's web page on the court's website https://www.ilnb.uscourts.gov/content/judge-donald-r-cassling.

     **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

                                                            By: Michael R. Colter, II
                                                            David M. Siegel & Assoc., LLC
                                                            790 Chaddick Drive
                                                            Wheeling, IL 60090
                                                            (847) 520-8100
                                                           mcolter@davidmsiegel.com

## CERTIFICATE OF SERVICE

      I, Michael R. Colter, II, certify that I served a copy of this notice and the attached motion on each entity shown below and on the attached list at the address shown and by the method indicated on the list on October 5, 2023, before 5:30 p.m.

    /s/ Michael R. Colter, II
    Attorney for Debtor(s)

*To the following persons or entities who have been served via electronic mail:*
Patrick S. Layng, U.S. Bankruptcy Trustee
Thomas H. Hooper, Chapter 13 Trustee

*To the following persons or entities on the attached list who have been served via U.S. Mail:*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 20-01974<br>Northern District of Illinois<br>Eastern Division<br>Thu Oct  5 13:42:32 CDT 2023 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | AT&T Corp<br>% AT&T Services, Inc<br>Karen A. Cavagnaro - Lead Paralegal<br>One AT&T Way, Room 3A104<br>Bedminster, NJ 07921-2693 |
| AT&T<br>Bankruptcy Department<br>5407 Andrew Highway<br>Midland, TX 79706-3615 | Aarons Sales & Leasing<br>4428 W. North Ave<br>Chicago, IL 60639-4707 | Ad Astra Recovery Serv<br>7330 W 33rd St N Ste 118<br>Wichita, KS 67205-9370 |
| American InfoSource<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | American InfoSource LP<br>PO Box 51178<br>Los Angeles, CA 90051-5478 | Arnold Scott Harris, P.C.<br>111 W. Jackson Blvd. Ste. 600<br>Chicago, IL 60604-3517 |
| Barnes Auto<br>2125 N Cicero<br>Chicago, IL 60639-3309 | COMCAST<br>PO BOX 1931<br>Burlingame, CA 94011-1931 | (p)CHICAGO DEPARTMENT OF LAW<br>ATTN BANKRUPTCY UNIT<br>121 N LASALLE ST SUITE 400<br>CHICAGO IL 60602-1264 |
| Comcast<br>Bankruptcy Department<br>11621 E. Marginal Way 5<br>Tukwila, WA 98168-1965 | Comcast<br>PO Box 3002<br>Southeastern, PA 19398-3002 | Comenity Bank<br>Bankruptcy Department<br>PO Box 182125<br>Columbus, OH 43218-2125 |
| Commonwealth Edison Company<br>Bankruptcy Department<br>1919 Swift Drive<br>Oak Brook, IL 60523-1502 | Commonwealth Edison-Care Center<br>Bankruptcy Department<br>PO Box 87522<br>Chicago, IL 60680-0522 | Credit Management Lp<br>4200 International Pkwy<br>Carrollton, TX 75007-1912 |
| Credit One<br>Bankrupcty Department<br>PO Box 98873<br>Las Vegas, NV 89193-8873 | Credit Protection Asso<br>13355 Noel Rd Ste 2100<br>Dallas, TX 75240-6837 | (p)DIRECTV LLC<br>ATTN BANKRUPTCIES<br>PO BOX 6550<br>GREENWOOD VILLAGE CO 80155-6550 |
| Diversified Consultant<br>10550 Deerwood Park Blvd<br>Jacksonville, FL 32256-0596 | FINGERHUT/WEBBANK<br>6250 Ridgewood Rd.<br>Saint Cloud, MN 56303-0820 | Fingerhut<br>PO Box 1250<br>Saint Cloud, MN 56395-1250 |
| IC Systems<br>444 Highway 96 East<br>Saint Paul, MN 55127-2557 | IDES<br>Bankruptcy Department<br>33 S State St.<br>Chicago, IL 60603-2804 | IDES<br>Benefit Repayments<br>PO Box 4385<br>Chicago, IL 60680-4385 |
| IRS<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Illinois Department of Employment S<br>Benefit Payment Control<br>PO Box 4385<br>Chicago, IL 60680-4385 | (p)ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>PO BOX 19035<br>SPRINGFIELD IL 62794-9035 |

| | | |
|---|---|---|
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Lvnv Funding Llc<br>Po Box 10497<br>Greenville, SC 29603-0497 |
| Midland Credit Management, Inc.<br>Bankruptcy Department<br>8875 Aero Drive, Ste 200<br>San Diego, CA 92123-2255 | Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 | Navient Solutions Inc<br>11100 Usa Pkwy<br>Fishers, IN 46037-9203 |
| Online Collections<br>Po Box 1489<br>Winterville, NC 28590-1489 | (p)PEOPLES GAS LIGHT & COKE COMPANY<br>200 EAST RANDOLPH ST<br>CHICAGO IL 60601-6433 | Quantum3 Group<br>P.O. Box 788<br>Kirkland, WA 98083-0788 |
| Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | (p)ILLINOIS SECRETARY OF STATE<br>298 HOWLETT BUILDING<br>SPRINGFIELD IL 62756-0001 | Secretary of State License Renewal*<br>17 N State<br>Suite 1100<br>Chicago, IL 60602-3561 |
| Source Receivables Management<br>4615 Dundas Dr.<br>Greensboro, NC 27407-1650 | Southwest Credit Syste<br>4120 International Parkway<br>Carrollton, TX 75007-1958 | Speedy Cash<br>Bankruptcy Department<br>8400 E. 32nd Street N<br>Bel Aire, KS 67226-2608 |
| Speedy Cash<br>Bankruptcy Department<br>PO Box 780408<br>Wichita, KS 67278-0408 | (p)SPRINT<br>C O AMERICAN INFOSOURCE<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | (p)T MOBILE<br>C O AMERICAN INFOSOURCE LP<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 |
| T Mobile/T-Mobile USA Inc<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | US Department of Education<br>Claims Filing Unit<br>PO Box 8973<br>Madison, WI 53708-8973 | Us Dept Of Ed/glelsi<br>Po Box 7860<br>Madison, WI 53707-7860 |
| Verizon<br>Bankruptcy Nat'l Recovery Dept<br>PO Box 26055<br>Minneapolis, MN 55426-0055 | David M Siegel<br>David M. Siegel & Associates<br>790 Chaddick Drive<br>Wheeling, IL 60090-6005 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |
| Thomas H. Hooper<br>Office of the Chapter 13 Trustee<br>55 E. Monroe St., Suite 3850<br>Suite 3850<br>Chicago, IL 60603-5764 | Tiffany M Perkins<br>1016 N Ridgeway<br>Chicago, IL 60651-3815 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 20-01974 |
| | ) | |
| TIFFANY M. PERKINS, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Hon. Judge Donald R. Cassling |

### MOTION TO INCUR DEBT

NOW COMES the Debtor, Tiffany M. Perkins, by and through her attorneys, David M. Siegel & Assoc., LLC, to present this Motion, and in support thereof states as follows:

1) This Court has jurisdiction under 28 U.S.C. § 1334 and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois.

2) On January 23, 2020, Debtor filed for relief under Chapter 13 of Title 11 USC.

3) Debtor's Plan was confirmed April 9, 2020, with monthly payments of $175.00, and general unsecured creditors receiving no less than 10% of their allowed claims.

4) Debtor's plan payments are deducted from payroll.

5) Debtor can afford to make the proposed payments on this car as evidenced by her Amended Schedules I and J (Exhibit A).

6) This court previously entered an order on August 13, 2020, at docket 33 granting Debtor permission to finance the purchase of a 2017 GMC Acadia. Debtor did not purchase a vehicle with that order.

7) Debtor is currently driving a 2009 Ford Fusion which she purchased in August 2020, with her tax refund instead of financing the purchase of the 2017 GMC Acadia.

8) The 2009 Ford Fusion is not running well and Debtor does not believe it is in her financial best interest to continue spending money to maintain the vehicle.

9) Debtor seeks leave to finance the purchase of a 2021 Jeep Compass, or similar vehicle, for $25,908.62, with a fixed interest rate of 19.55% with payments of $600.92 per month for 74 months (Exhibit B).

WHEREFORE, the Debtor, Tiffany M. Perkins, prays this Honorable Court enters an Order Granting Debtor's Motion to Incur Debt and for other such relief as the Court deems fair and proper.

        Respectfully Submitted,

        /s/ Michael R. Colter, II
        Michael R. Colter, II, A.R.D.C. #6304675

David M. Siegel & Assoc., LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100
mcolter@davidmsiegel.com